**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

Weis Builders, Inc,

Plaintiff(s),

v.

International Union of Operating Engineers, Local Union No. 150,

Defendant(s).

Case No. 15 C 2619
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Judgment is entered in favor of Plaintiff and against Defendant.

---

This action was *(check one)*:

☐ tried by a jury with Judge Jorge L. Alonso presiding, and the jury has rendered a verdict.
☐ tried by Judge Jorge L. Alonso without a jury and the above decision was reached.
☒ decided by Judge Jorge L. Alonso on a motion for summary judgment.

Date: 2/7/2017

Thomas G. Bruton, Clerk of Court

Nicole Fratto , Deputy Clerk