**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WEIS BUILDERS, INC., Plaintiff/Counter-Defendant, | ) | |
| v. | ) | Case No. 1:15-cv-2619 |
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL UNION NO. 150, Defendant/Counter-Plaintiff. | ) | |

# NOTICE OF APPEAL

Notice is hereby given that the International Union of Operating Engineers, Local 150, AFL-CIO, Defendant/Counter-Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment of the United States District Court for the Northern District of Illinois, Eastern Division, entered in this action on February 7, 2017.

Dated: March 8, 2017

Respectfully submitted,

By: /s/ Dale D. Pierson
One of the Attorneys for Local 150

Dale D. Pierson *(dpierson@local150.org)*
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
Ph. 708/579-6663
Fx. 708/588-1647

**CERTIFICATE OF SERVICE**

The undersigned, an attorney of record, hereby certifies that on March 8, 2017, he electronically filed the foregoing ***Notice of Appeal*** with the Clerk of Court using the CM/CM/ECF system, which sent notification to the following:

Mr. Richard L. Samson *(richard.samson@ogletreedeakins.com)*
Ms. Norma Manjarrez *(norma.manjarrez@ogletreedeakins.com)*
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Ph. 312/558-1220

By: /s/ Dale D. Pierson
One of the Attorneys for Local 150

Dale D. Pierson *(dpierson@local150.org)*
Local 150 Legal Department
6140 Joliet Road
Countryside, IL 60525
Ph. 708/579-6663
Fx. 708/588-1647