# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 17, 2017

*By the Court:*

| | |
|---|---|
| No. 17-1500 | WEIS BUILDERS, INC.,<br>Plaintiff - Appellee<br><br>v.<br><br>INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO,<br>Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:15-cv-02619<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso | |

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on August 16, 2017, by counsel for the appellant,

**IT IS ORDERED** that this appeal is **DISMISSED** pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit