**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

Weis Builders, Inc.

Plaintiff,

v.

Case No.: 1:15−cv−02619
Honorable Jorge L. Alonso

International Union of Operating Engineers, Local Union No. 150

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 23, 2017:

MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's agreed motion for waiver of bill of costs [52] is granted. Plaintiff's bill of costs [40] is withdrawn. Motion hearing date of 8/24/17 is stricken. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.